Finding no error in the record, the judgment is affirmed.

### On Motion for Rehearing.

We have concluded, upon reflection, that we erred in holding paragraph 9 of the court's charge to have given the converse of the law of principals. General outline of such charge on the converse of this theory will be found in the cases collated in Branch's Annotated P. C. § 678, and upon another trial of this case it would seem proper, in the event the law of principals is given in charge, to give the substance of the converse as set out in said cases collated.

The age of the son of appellant at the time of the commission of this offense would seem a proper subject for inquiry and proof upon the issue of principals. A child 13 years of age in many cases, and one under 9 years of age in all cases, is not legally liable for the commission of crime, and under our law of principals (article 68, P. C. 1925) one who employs such child to commit a crime thereby becomes a principal offender. In addition to the observation just made, we further call attention to the fact that one who instigates or aids his minor child in the commission of crime is punishable by double the usual punishment, under the terms of article 33, P. C. 1925. However, it would be proper, if such double punishment be sought in a prosecution, that the indictment should allege that such parent aided and instigated the minor.

Believing we were in error in our original opinion, the motion for rehearing is granted, the judgment of affirmance is set aside, and the judgment will now be reversed, and the cause remanded.

### ADAMS v. STATE. (No. 12653.)

Court of Criminal Appeals of Texas. May 15, 1929.

J. A. Wheat, of Seymour, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

No statement of facts or bills of exception appear in the record. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.